**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 21-224-4** |
| | : | |
| **DANA TOBY** | : | |

## ORDER

This 4th day of April, 2025, it is hereby **ORDERED** that Defendant's Motion (ECF 257) to proceed *in forma pauperis* is **GRANTED,** and accompanying motion to appoint counsel is **DENIED**. It further **ORDERED** that Defendant's Motion pursuant to § 2255, (ECF 256), is **DENIED** for the reasons set forth in the accompanying memorandum.

There is no basis for the issuance of a certificate of appealability.

  /s/ Gerald Austin McHugh
United States District Judge